# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SUSA NASA, | : | PRISONER CIVIL RIGHTS |
|     Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:11-CV-3354-TWT-GGB |
| THEODORE JACKSON, Sheriff, et al., | : | |
| | : | |
|     Defendants. | : | |

## **FINAL REPORT AND RECOMMENDATION**

On January 4, 2012, I entered an order granting *in forma pauperis* to Plaintiff and directing him to file an amended complaint, because the complaint was 43 pages long and I could not discern what claims Plaintiff was attempting to raise. [Doc. 2]. In my order, I advised Plaintiff, among other things, to provide a "short and plain statement" of his claims, to add no more than ten pages to the complaint form, to separate each of his legal claims into counts, and to omit all legal argument. Plaintiff was advised that failure to comply with the order within the specified period of time would result in the dismissal of the action.

On January 31, 2012, Plaintiff filed an amended complaint that, with attachments, is 36 pages long. [Doc. 5]. It is still difficult to determine what claims Plaintiff is attempting to raise in his complaint. Plaintiff has included cites to case

law and has not separated his claims into counts. Thus, Plaintiff has failed to comply with the directives in my order.

Accordingly, **I RECOMMEND** that this action be **DISMISSED WITHOUT PREJUDICE**, due to Plaintiff's failure to comply with a lawful Order of this Court. LR 41.3(A)(2), N.D. Ga.

The Clerk is **DIRECTED** to terminate the referral to me.

**IT IS SO RECOMMENDED** this 30th day of April, 2012.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)