IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUSA NASA,<br><br>    Plaintiff,<br><br>    v.<br><br>THEODORE JACKSON SHERIFF, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:11-CV-3354-TWT |

## ORDER

This is a pro se civil rights action by a serial frivolous lawsuit filer. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action without prejudice for failure to replead as ordered by the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 11 day of June, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge